**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

 JANAJAH MONAE JONES,

                        Plaintiff,                          24 **CIVIL** 3417 (GRJ)

            -against-                                       <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Order dated December 23, 2024the Stipulation is approved. This case is

REVERSED and REMANDED to the Commissioner of Social Security under the fourth

sentence of 42 U.S.C. § 405(g) for further administrative proceedings; accordingly, this case is

closed.

**Dated:**  New York, New York
         December 26, 2024


                                                    **TAMMI M. HELLWIG**
                                           _____
                                                    **Clerk of Court**


                              **BY:**
                                           _____
                                                    **Deputy Clerk**